**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **ESTER JONES** | § |
| | § |
| v. | §   NO. 1:11-CV-266 |
| | § |
| **AETNA LIFE INSURANCE COMPANY** | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On May 26, 2011, this case was referred for all pretrial matters to the Honorable United States Magistrate Judge Earl S. Hines. On August 9, 2011, the case was reassigned to United States Magistrate Judge Zack Hawthorn. Pending is Defendant Aetna Life Insurance Company's "Motion for Summary Judgment" (Docket No. 53). The Court has received and considered the report (Docket No. 61) of the magistrate judge, who recommends that the motion should be granted and that the lawsuit should be dismissed with prejudice. No objections to the magistrate judge's report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

It is **ORDERED** that the report and recommendation (Docket No. 61) of the magistrate judge is **ADOPTED**, the "Motion for Summary Judgment" (Docket No. 53) is **GRANTED**, and this lawsuit is **DISMISSED with prejudice**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **23** day of **July, 2012.**

_____
Ron Clark, United States District Judge